1  P. Kristofer Strojnik, SBN 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  415-450-0100 (tel.)
5
   Attorneys for Plaintiff
6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT PALM SUITES LP, a California limited partnership,<br><br>Defendant. | Case No: 8:23-cv-202<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

   Please take notice that this case has settled. Defendant is represented by Philip Stillman. Plaintiff's counsel has provided a settlement agreement to Mr. Stillman in the hope of filing closing papers within thirty days.

   RESPECTFULLY SUBMITTED this 8th day of February, 2023.

                                         /s/ P. Kristofer Strojnik
                                         P. Kristofer Strojnik (242728)
                                         Attorneys for Plaintiff