UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:23-00202 ADSDate: March 14, 2023

Title: *Theresa Brooke v. Desert Palm Suites LP*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 9, 2023, upon receiving a Notice of Settlement, the Court ordered that "[d]ismissal documents shall be filed no later than March 13, 2023." (Dkt. Nos. 7, 8.) On March 12, 2023, Plaintiff filed a Status Report re: Settlement. (Dkt. No. 9.) Plaintiff alleges that Defendant is "taking unusually long to finalize the settlement." (Id.) Plaintiff further states that she is "working diligently to compel Defendant's counsel to give finalization of the settlement his due attention." (Id.)

By no later than **March 21, 2023,** the parties are **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed pursuant to the Notice of Settlement, for failure to prosecute, and for failure to follow court orders. The parties may respond to this Order by filing a notice of dismissal.

**IT IS SO ORDERED.**

Initials of Clerk kh